■■■ In the Matter of CHRISTOPHER PRATT, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, Department of Corrections and Community Supervision, Respondent. [999 NYS2d 913]—Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.) entered February 26, 2014 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.